# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GENNARO PAOLO CANTA,<br>NDOC # 1112528 and<br>JESS LEGARZA, NDOC # 1090399<br><br>Defendants. | 3:21-cr-00007-MMD-WGC<br><br>**Amended Order for Issuance of Writ of Habeas Corpus Ad Prosequendum** |

Upon reading the Petition of the United States Attorney for the District of Nevada, and good cause appearing therefore;

IT IS HEREBY ORDERED that a Writ of Habeas Corpus ad Prosequendum issue out of this Court directing the production of the said Defendant, GENNARO PAOLO CANTA, before this Court in the Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South Virginia Fourth Floor, **Courtroom #2**, Reno, Nevada, on **March 30, 2021, at 2:00 p.m.**, to the end that said Defendant, GENNARO PAOLO CANTA, may be arraigned on the Indictment on file in the action entitled above, may make his plea thereto, and for such further proceedings as may be had thereunder until said Defendant is either convicted and sentenced for the offense(s) charged in said Indictment, or is released and discharged thereunder; and that you shall thereafter return the said GENNARO PAOLO CANTA to the Warden, Lovelock Correctional Center, Lovelock,

\\
\\
\\
\\

1

Nevada, under safe and secure conduct, upon completion of such proceedings in the above-entitled action.

DATED: 10 March 2021

_____
HONORABLE WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE