UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>GENNARO PAOLO CANTA,<br><br>  Defendant. | Case No. 3:21-cr-00007-MMD-CSD<br><br>ORDER |

   IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing her Supplement to Motion for Compassionate Release, that the Defendant's deadline to file his Supplement is extended to May 29, 2025; and that the Government's deadline to file its response is extended to June 12, 2025.

   DATED this 20th day of February, 2025.

                                           _____
                                           UNITED STATES DISTRICT JUDGE

3