UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

United States of America,

    Plaintiff,

v.

Gennaro Paolo Canta,

    Defendant.

Case No. 3:21-cr-00007-MMD-CSD

**Order**

Good cause appearing, Mr. Canta's Unopposed Motion to Withdraw Pending Motion for a Sentence Reduction Pursuant to 18 U.S.C. 3582(c) (ECF No. 133) is granted.

IT IS THEREFORE ORDERED that Mr. Canta's pending Motion for a Sentence Reduction Pursuant to 18 U.S.C. § 3582(c) is withdrawn without prejudice to refiling at a later date if necessary.

DATED this 1st day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE